**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| **MARTIN RECIO** | ) | |
|     **Plaintiff** | ) | |
| | ) | |
| **vs.** | ) | **CIV NO.  13-828 WPL** |
| | ) | |
| **CAROLYN W. COLVIN,** | ) | |
| **Acting Commissioner of the Social Security** | ) | |
| **Administration** | ) | |
|     **Defendant** | ) | |

## O R D E R

Upon consideration of Defendant's Motion to Reverse and Remand (Doc. 17), to which there is  no objection, and for good cause shown, it is hereby ORDERED that the Commissioner's decision be reversed and this case remanded to the Commissioner for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Upon remand, the ALJ will further evaluate all medical evidence, reassess the claimant's residual functional capacity, obtain supplemental vocational expert evidence that addresses all of the assessed limitations, and issue a new decision on the entire period at issue.

WILLIAM P. LYNCH
United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 5/22/14*
MANUEL LUCERO, Assistant U.S. Attorney
Attorney for Defendant

*Electronically approved 5/22/14*
MICHAEL D. ARMSTRONG
FRANCESCA MACDOWELL
Attorneys for Plaintiff